UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-23225-CIV-TORRES

MARKUS HOCHULI, individually and
on behalf of all others similarly situated,

    Plaintiff,

vs.

LEONARDO DELGADO, JAMES W.
FOLAND, NICHOLAS SWISCHER,
ROBERT DAVIS, and JULIO SAN JUAN,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO SERVE BY PUBLICATION AND MOTION FOR AN EXTENSION OF TIME

    This matter is before the Court on Plaintiff's Motion for Leave to Serve by Publication and Motion for Extension of Time to obtain service of process on the Defendants James Foland and Robert Davis [D.E. 33].  The Court has reviewed the motion and the record in this case and hereby finds that the motion complies with the applicable rules and statutes.  No timely response to the motion has been filed and thus the motion is ripe for disposition.

    It is hereby ORDERED AND ADJUDGED that Plaintiff's Motion for Leave to Serve by Publication and Motion for Extension of Time to obtain service of process on the Defendants James Foland and Robert Davis is hereby GRANTED.  Plaintiff shall have an enlargement of time of ninety (90) days from the date of the issuance of the

Notice of Action within which to serve Defendants James Foland and Robert Davis by publication.

To ensure notice if possible of the entry of this Order, Plaintiff shall serve a copy of this Order to these Defendants' last known addresses.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of July, 2010.

EDWIN G. TORRES
United States Magistrate Judge